**Electronically Filed
Supreme Court
SCPW-24-0000832
07-JAN-2025
12:21 PM
Dkt. 11 ODDP**

SCPW-24-0000832

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DI WU,
Petitioner,

vs.

THE HONORABLE LISA W. CATALDO,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

210S LLC,
Respondent.

---

ORIGINAL PROCEEDING
(1CCV-22-0001069)

ORDER DENYING PETITIONS FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, Devens, JJ.)

The petitions filed on December 18, 2024, January 2, 2025, and January 3, 2025 are denied. Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to seek relief. See Womble Bond Dickinson

(US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

DATED:  Honolulu, Hawaiʻi, January 7, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

